UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-24733-WILLIAMS

KIPU SYSTEMS, LLC

    Plaintiff,

vs.

ZENCHARTS, LLC, *et al*

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court following a status conference held on August 23, 2018. Pursuant to the discussions held on the record, it is **ORDERED AND ADJUDGED** as follows:

(1)    Plaintiff, KIPU Systems, LLC's motion for a more definite statement and to dismiss certain counterclaims (DE 43) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff's motion for a more definite statement of Solutions Recovery Center, LLC and Zencharts, LLC's counterclaims is **GRANTED**. Defendants, Solutions Recovery Center, LLC and Zencharts, LLC shall file their amended counterclaims by **September 13, 2018**.

    b. Plaintiff's motion to dismiss Count II of Solutions Recovery Center, LLC's counterclaim and Counts II and IV of Zencharts LLC's counterclaims is **DENIED AS MOOT**.

(2)    Plaintiff, KIPU Systems, LLC's motion for extension of pretrial deadlines is **GRANTED IN PART AND DENIED IN PART**. Accordingly, this matter is **RESET** for trial

during the Court's two-week trial calendar beginning on **October 15, 2019** before the Honorable Kathleen M. Williams at 400 North Miami Avenue, Courtroom 11-3, Miami, Florida. Calendar call will be held at **11:00 a.m.** on **October 8, 2019**. The Parties shall adhere to the following deadlines:

| | |
|---|---|
| September 24, 2018 | The Parties shall file motions to amend pleadings or join Parties. |
| January 28, 2019 | The Plaintiff and Counter-Plaintiffs shall disclose experts, expert witness summaries and reports. |
| March 9, 2019 | The Defendants and Counter-Defendant shall disclose experts, expert witness summaries and reports. |
| April 7, 2019 | The Parties shall exchange rebuttal expert witness summaries and reports. |
| April 21, 2019 | The Parties shall complete all discovery, including expert discovery. |
| January 14, 2019 | The Parties shall complete mediation and file a mediation report with the Court. |

| | |
|---|---|
| May 18, 2019 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| June 25, 2019 | The Parties shall each file one motion *in limine* in accordance with Section IV of the June 11, 2018 Scheduling Order ("Original Scheduling Order"). All motions *in limine* must be filed at least six weeks before calendar call. |
| July 25, 2019 | The Parties shall file a joint pre-trial stipulation, exhibit lists, and witness lists in accordance with Local Rule 16.1(d) and (e) and Section V of the Original Scheduling Order. The Parties shall also file proposed jury instructions or conclusions of law (for non-jury trials) in accordance with Section VI of the Original Scheduling Order. |

| | |
|---|---|
| September 6, 2019 | The Parties shall file their deposition designations in accordance with Section VII of the Original Scheduling Order. |

**DONE AND ORDERED** in chambers in Miami, Florida, this 27 day of August 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE