UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-24733-WILLIAMS

KIPU SYSTEMS, LLC

    Plaintiff,

vs.

ZENCHARTS, LLC, et al

    Defendants.
_____/

**VERDICT FORM**

<u>Breach of License Agreement Against Solutions</u>

**Do you find by a preponderance of the evidence that Kipu proved that:**

1. Solutions breached the 2013 License Agreement with Kipu?

    YES ..✓....        NO ..........

If your answer to the previous question is NO, your verdict is for Solutions on this claim and you should proceed to the next claim. If your answer to the previous question is YES, please answer the next question.

2. Was Kipu damaged by Solutions's breach of the License Agreement?

    YES ..✓....        NO ..........

If your answer to the previous question is NO, your verdict is for Solutions on this claim, and you should proceed to the next claim. If your answer to the previous question is YES, please answer the next question.

3.   What are Kipu's damages as a result of Solutions' breach of the License Agreement?

$ 8,000.00 .

Breach of the 2014 Terms of Service

**Do you find by a preponderance of the evidence that Kipu proved that:**

1.   Kipu and the following defendants entered into a contract by the defendants agreeing to Kipu's 2014 Terms of Service?

| | |
|---|---|
| For ZenCharts: | YES ✓   NO ......... |
| For Rick Glaser: | YES ✓   NO ......... |
| For Sean Callahan: | YES ✓   NO ......... |
| For Yanko Karkalichev: | YES ✓   NO ......... |

If your answer to the previous question is NO for any defendant, your verdict is for that defendant on this claim, and you should not proceed further for that defendant and proceed to the next claim. If your answer to the previous question is YES for any defendant, please answer the next question for that defendant.

2.   Did the following defendant(s) breach the 2014 Terms of Service?

| | |
|---|---|
| For ZenCharts: | YES ✓   NO ......... |
| For Rick Glaser: | YES ✓   NO ......... |
| For Sean Callahan: | YES ✓   NO ......... |
| For Yanko Karkalichev: | YES ✓   NO ......... |

2

If your answer to the previous question is NO for any defendant, your verdict is for that defendant on this claim, and you should not proceed further for that defendant and proceed to the next claim. If your answer to the previous question is YES for any defendant, please answer the next question for that defendant.

3. Was Kipu damaged by the breach of the 2014 Terms of Service?

| | | |
|---|---|---|
| For ZenCharts: | YES ✓ | NO .......... |
| For Rick Glaser: | YES ✓ | NO .......... |
| For Sean Callahan: | YES ✓ | NO .......... |
| For Yanko Karkalichev: | YES ✓ | NO .......... |

If your answer to the previous question is NO for any defendant, your verdict is for that defendant on this claim, and you should not proceed further for that defendant and proceed to the next claim. If your answer to the previous question is YES for any defendant, please answer the next question for that defendant.

4. What is the total amount of damages that Kipu incurred as a result of the breaches of the 2014 Terms of Service?

$ _Five Million_ (5,000,000.00)

5. What are the damages that Kipu proved as a result of each defendant's breach of the 2014 Terms of Service?

| | |
|---|---|
| For ZenCharts: | $ 1,000,000.00 |
| For Rick Glaser: | $ 1,500,000.00 |
| For Sean Callahan: | $ 1,500,000.00 |
| For Yanko Karkalichev: | $ 1,000,000.00 |

3

Unfair Competition

**Do you find by a preponderance of the evidence that Kipu proved that:**

1. The following defendant(s) engaged in acts of unfair competition?

   | | | |
   |---|---|---|
   | Solutions Recovery: | YES ✓ | NO ......... |
   | ZenCharts: | YES ✓ | NO ......... |
   | Website Consultants: | YES ✓ | NO ......... |
   | Rick Glaser: | YES ✓ | NO ......... |
   | Sean Callahan: | YES ✓ | NO ......... |
   | Dan Callahan: | YES ✓ | NO ......... |
   | Yanko Karkalichev: | YES ✓ | NO ......... |

   If your answer to the previous question is NO for any defendant, your verdict is for that defendant on this claim, and you should not proceed further for that defendant and proceed to the next claim. If your answer to the previous question is YES for any defendant, please answer the next question for that defendant.

2. What is the total amount of damages that Kipu incurred as a result of the these acts?

   $ 13,000,000.00

3. What are the damages that Kipu proved as a result of each defendant's act of unfair competition?

   | | |
   |---|---|
   | For Solutions Recovery: | $ 500,000.00 |
   | For ZenCharts: | $ 5,000,000.00 |
   | For Website Consultants: | $ 500,000.00 |
   | For Rick Glaser: | $ 2,000,000.00 |

   4

For Sean Callahan:        $ 2,000,000.00

For Dan Callahan:         $ 1,000,000.00

For Yanko Karkalichev:    $ 2,000,000.00

Breach of the 2013 Terms of Service

**Do you find by a preponderance of the evidence that Kipu proved that:**

1. Kipu and Solutions entered into a contract by Solutions agreeing to Kipu's 2013 Terms of Service?

    YES ..✓..          NO ..........

If your answer to the previous question is NO your verdict is for Solutions on this claim, and you should not proceed and proceed to the next claim. If your answer to the previous question is YES, please answer the next question.

2. Did Solutions breach the 2013 Terms of Service?

    YES ..✓..          NO ..........

If your answer to the previous question is NO, your verdict is for Solutions on this claim, and you should not proceed further and proceed to the next claim. If your answer to the previous question is YES, please answer the next question.

3. Was Kipu damaged by Solutions' breach of the 2013 Terms of Service?

    YES ..✓..          NO ..........

5

If your answer to the previous question is NO, your verdict is for Solutions on this claim, and you should not proceed further and proceed to the next claim. If your answer to the previous question is YES, please answer the next question.

4. What are the damages that Kipu proved as a result of Solutions' breach of the 2013 Terms of Service?

$ <u>1,500,000.</u>

Breach of the License Agreement Against Kipu

**Do you find by a preponderance of the evidence that Solutions proved that:**

1. Kipu breached the License Agreement?

   YES ..........         NO ....✓....

If your answer to the previous question is NO, your verdict is for Kipu on this claim, and you should not proceed further except to date and sign this verdict form. If your answer to the previous question is YES, please answer the next question.

2. Solutions was damaged by Kipu's breach of the contract?

   YES ..........         NO ..........

If your answer to the previous question is NO, your verdict is for Kipu on this claim, and you should not proceed further except to date and sign this verdict form. If your answer to the previous question is YES, please answer the next question.

3. What are Solutions' damages as a result of Kipu's breach of contract?

6

$_____.

So Say We All.

_____
Foreperson's Signature

DATE: 11/4/19