**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-24733-CIV-WILLIAMS**

KIPU SYSTEMS LLC,

    Plaintiff,
vs.

ZENCHARTS LLC, *et al.*

    Defendants.
    _____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report") (DE 305) regarding Plaintiff Kipu Systems LLC's motion for final default judgment against Defendant Zen Medical (DE 298).  The Report recommends that Plaintiff's motion be granted as to the breach of contract claim in the initial complaint.  No objections to the report were filed.  Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 305) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for default judgment against Defendant Zen Medical (DE 298) is **GRANTED** as to the breach of contract claim in the initial complaint.

3. Judgment is entered against Defendant Zen Medical and in favor of Plaintiff, Kipu Systems LLC in the amount of $1.00 for which sum let execution issue. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of November 2020.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of November 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE