**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 17-24733-WILLIAMS

KIPU SYSTEMS LLC,

    Plaintiff,

v.

ZENCHARTS LLC, *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT**

**THIS MATTER** is before the Court following the entry of a jury verdict on November 4, 2019 [DE 292] and as required by the Court's Order Denying Plaintiff's Motion for Entry of Final Judgment [DE 322].

Accordingly, pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff Kipu Systems LLC and against (1) Solutions Recovery Center, LLC, in the amount of ONE MILLION, FIVE HUNDRED EIGHT THOUSAND DOLLARS (**$1,508,000.00**), plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (2) ZenCharts LLC in the amount of ONE MILLION DOLLARS (**$1,000,000.00**), plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (3) Richard Glaser in the amount of ONE MILLION, FIVE HUNDRED THOUSAND DOLLARS (**$1,500,000.00**), plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (4) Sean Callahan in the amount of ONE MILLION, FIVE HUNDRED THOUSAND DOLLARS (**$1,500,000.00**), plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (5) Yanko Karkalichev in the amount of ONE MILLION DOLLARS (**$1,000,000.00**), plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; for which let execution issue. This

judgment does not include attorneys' fees or costs, and the Court reserves jurisdiction to consider any motion for fees or costs.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of December ____, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE