UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-24733-WILLIAMS

KIPU SYSTEMS LLC,

    Plaintiff,

v.

ZENCHARTS LLC, *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of a jury verdict on November 4, 2019 and the Parties' joint proposed final judgment (DE 292; DE 323).

Pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff Kipu Systems LLC and against (1) Solutions Recovery Center, LLC, in the amount of ONE MILLION, FIVE HUNDRED EIGHT THOUSAND DOLLARS **($1,508,000.00)**, plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (2) ZenCharts LLC in the amount of ONE MILLION DOLLARS **($1,000,000.00)**, plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (3) Richard Glaser in the amount of ONE MILLION, FIVE HUNDRED THOUSAND DOLLARS **($1,500,000.00)**, plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (4) Sean Callahan in the amount of ONE MILLION, FIVE HUNDRED THOUSAND DOLLARS **($1,500,000.00)**, plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; (5) Yanko Karkalichev in the amount of ONE MILLION DOLLARS **($1,000,000.00)**, plus post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961; for which let execution issue.  This judgment does not

include attorneys' fees or costs, and the Court reserves jurisdiction to consider any motion for fees or costs.  All remaining motions are **DENIED AS MOOT**.  The Clerk of Court is directed to **CLOSE** this case.

      **DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE