**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KIPU SYSTEMS LLC,
a Florida limited liability company,

       Plaintiff/Counter-Defendant,

Case No.1:17-cv-24733-KMW-EGT

v.

ZENCHARTS LLC, a Florida limited liability company,
SOLUTIONS RECOVERY CENTER, LLC,
a Florida limited liability company,

       Defendants/Counter-Plaintiffs, and

ZEN MEDICAL, LLC, an administratively dissolved
Florida limited liability company,
WEBSITE CONSULTANTS INC., a Florida corporation,
RICHARD 'RICK' GLASER, an individual,
KEITH HOUILHAN a/k/a KEITH HOOTIE, an individual,
SEAN CALLAHAN, an individual,
DANIEL J. CALLAHAN, an individual, and
YANKO KARKALICHEV, an individual,

       Defendants.                                                    /

**PLAINTIFF/JUDGMENT CREDITOR'S WRIT OF GARNISHMENT**

**UNITED STATES MARSHALL OR**
**AUTHORIZED PROCESS SERVER**

      **YOU ARE HEREBY COMMANDED** to summon Garnishee:

**JPMorgan Chase Bank, N.A.**
**8851 Glades Road**
**Boca Raton, FL 33434**

Courtesy Copy to Registered Agent:
CT Corporation System
JPMorgan Chase Bank, N.A.
1200 S. Pine Island Road
Plantation, FL 33324

1

to serve an answer to this writ on **Robert P. Charbonneau, Esq., Agentis PLLC,** attorney for Plaintiff and Judgment Creditor, KIPU SYSTEMS LLC., whose address is **55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134**, within 20 days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to **RICHARD GLASER** (the "Judgment Debtor") at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Garnishee has in its possession or control at the time of the answer or had at the time of the service of this writ, or at any time between such times, and whether the Garnishee knows of any other persons indebted to the Judgment Debtor or who may have any of the property of the Judgment Debtor in their possession or control. The amount of Plaintiff's judgment in favor of KIPU and against Judgment Debtor Richard Glaser is $1,500,000.00 plus post-judgment interest pursuant to 28 U.S.C. § 1961 since December 14, 2020.

**FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN A DEFAULT AND JUDGMENT TO BE ENTERED AGAINST THE GARNISHEE FOR THE AMOUNT REMAINING UNPAID ON THE JUDGMENT AGAINST THE DEFENDANT WITH INTEREST AND COSTS.**

DATED this 18th day of August, 2021.

By.  s/Ketly Pierre
　　　Deputy Clerk

