UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CV-24733-WILLIAMS

KIPU SYSTEMS LLC,

    Plaintiff,

vs.

ZENCHARTS LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Judge Edwin G. Torres' Report and Recommendation (DE 410) on Plaintiff's Motion for a charging order against Sean Callahan and Richard Glaser (DE 363). The Parties did not file objections to the Report and the time to do so has now passed. Based upon an independent review of the Report and the full record in this case, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Torres' Report (DE 410) is **ADOPTED AND AFFIRMED.**

    2.    Plaintiff's motion for a charging order (DE 363) is **GRANTED**.

**DONE AND ORDERED** in chambers in Miami, Florida this 29th day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE