UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CV-24733-WILLIAMS

KIPU SYSTEMS LLC,

    Plaintiff,

vs.

ZENCHARTS LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Kipu Systems, LLC's ("Kipu") motion for fees and non-taxable costs. (DE 434). In the Report, Judge Torres recommended that the motion (DE 350) be **GRANTED IN PART**. Specifically, Judge Torres recommended that Kipu be awarded **$1,075,713.93** in fees and **$ 382,075.94** in non-taxable costs against the Judgment Defendants[1], who should be held jointly and severally liable. (DE 434). On April 20, 2021, the Judgment Defendants filed objections to the Report. (DE 439). Based upon an independent review of the Report, the Objections, and the Record, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Torres' Report (DE 434) is **ADOPTED AND AFFIRMED.**

    2.    Kipu's motion for fees and non-taxable costs (DE 350) is **GRANTED IN PART**. Kipu is awarded **$1,075,713.93** in fees and **$ 382,075.94** in non-taxable costs against the Judgment Defendants, who shall be held jointly and severally liable.

---

[1] The "Judgment Defendants" include ZenCharts LLC; Solutions Recovery Center, LLC; Richard Glaser; Sean Callahan; and Yanko Karkalichev.

**DONE AND ORDERED** in chambers in Miami, Florida this 30th day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE