UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CV-24733-WILLIAMS

KIPU SYSTEMS LLC,

    Plaintiff,

vs.

ZENCHARTS LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Kipu Systems, LLC's ("KIPU") and ZenCharts LLC's ("ZenCharts") cross-motions for costs (DE 347). In the Report, Judge Torres recommended that Kipu's Motion (DE 336) be **GRANTED** and ZenCharts LLC's Motion (DE 337) be **DENIED**. Specifically, Judge Torres recommended that Kipu be awarded **$43,546.64** in costs. On February 24, 2021, ZenCharts LLC filed objections to the Report. (DE 376). Based upon an independent review of the Report, the Objections, and the Record, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Torres' Report (DE 347) is **ADOPTED AND AFFIRMED.**

    2.    Kipu's Motion for Costs (DE 336) is **GRANTED**. Kipu is entitled to costs in the amount of **$43,546.64**.

    3.    ZenCharts LLC's Motion for Costs (DE 337) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida this <u>30th</u> day of September, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE