**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 17-CV-24733-WILLIAMS

KIPU SYSTEMS LLC,

    Plaintiff,

vs.

ZENCHARTS LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendants' motions for fees and costs. (DE 435). In the Report, Judge Torres recommended that the motions (DE 348; DE 349) be **GRANTED IN PART**. Specifically, he explained that Defendants should be awarded **$409,147.15** in fees and that their request for costs be denied. On April 20, 2021, Defendants filed objections to the Report. (DE 440). Based upon an independent review of the Report, the Objections, and the Record, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Torres' Report (DE 435) is **ADOPTED AND AFFIRMED.**

    2.    Defendants' motions for fees and costs (DE 348; DE 349) are **GRANTED IN PART**. Defendants are entitled to fees in the amount of **$ 409,147.15**. Defendants' request for costs is **DENIED**.

    **DONE AND ORDERED** in chambers in Miami, Florida this <u>30th</u> day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE