UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24733-Civ-WILLIAMS/TORRES

KIPU SYSTEMS LLC,

    Plaintiff,

v.

ZENCHARTS LLC, *et al.*,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION
## TO SHOW CAUSE AND FOR COMPLIANCE WITH COURT ORDER

This matter is before the Court on KIPU Systems LLC's ("Plaintiff") motion for entry of an order to show cause and to compel compliance with this Court's June 15, 2021 Order [D.E. 453] against judgment debtors Yanko Karkalichev ("Mr. Karkalichev") and Solutions Recovery Center, LLC ("Solutions Recovery"). [D.E. 469]. Neither Mr. Karkalichev nor Solutions Recovery filed an opposition to Plaintiff's motion and the time to do so has now passed. Therefore, Plaintiff's motion is now ripe for disposition. After careful consideration of the motion and relevant authority, Plaintiff's motion is **GRANTED**.

On December 14, 2020, a final judgement was entered in favor of Plaintiff against Mr. Karkalichev in the amount of $1,000,000.00 and against Solutions Recovery in the amount of $1,508,000.00. [D.E. 324].[1] Thereafter, on June 15, 2021,

---

[1] Each of these monetary amounts included post-judgment interest at the rate prescribed by 28 U.S.C. § 1961.

1

this Court ordered Mr. Karkalichev and Solutions Recovery to complete Florida Rule of Civil Procedure Form 1.977 (the "Fact Information Sheet") under oath and to produce all the requested items therein within 45 days from the date of that Order. [D.E. 453]. Plaintiff now makes the uncontested allegations that: (1) neither Mr. Karkalichev nor Solutions Recovery have satisfied any portion of the Final Judgment entered against them; (2) Mr. Karkalichev and Solutions Recovery failed to serve the Fact Information Sheet and its required attachments by the July 30, 2021 deadline; (3) Mr. Karkalichev provided Plaintiff's counsel with an incomplete, unnotarized Fact Information Sheet on August 30, 2021; and (4) neither Mr. Karkalichev nor Solutions Recovery have complied with this Court's Order dated June 15, 2021. [D.E. 469].

Because Mr. Karkalichev and Solutions Recovery have failed to obey this Court's June 15, 2021 Order by failing to timely and properly serve Fact Information Sheets (and the required attachments) on Plaintiff's counsel, Plaintiff's motion is **GRANTED**. Accordingly, the Court **ORDERS** Mr. Karkalichev and Solutions Recovery to show cause by December 27, 2021 as to why they should not be held in contempt of Court for their failure to comply with this Court's June 15, 2021 Order. Furthermore, the Court **ORDERS** Mr. Karkalichev and Solutions Recovery to immediately comply with this Court's June 15, 2021 Order. This Order presents the last clear chance to comply with the Court's Order before material sanctions are awarded, including a possible finding of contempt of court and any other orders that may be required to enforce the Court's jurisdiction. Accordingly, Mr. Karkalichev and

Solutions Recovery are also Ordered to include a sworn declaration in their response that attests under oath that all responsive information has been produced.

Finally, Plaintiff is Directed to serve this Order on Mr. Karkalichev and Solutions Recovery in any manner reasonably calculated to provide actual notice of its contents.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of December, 2021.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge